UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LOSSIA, JR. and
ALEXANDRA PLAPCIANU,
individually and on behalf of
others similarly situated,

        Plaintiffs,

                                Case No. 15-12540

vs.

                                HON. GEORGE CARAM STEEH

FLAGSTAR BANCORP, INC.,
a/k/a FLAGSTAR BANK,

        Defendant.
_____/

ORDER GRANTING PLAINTIFFS' OBJECTIONS TO
MAGISTRATE JUDGE'S ORDER THEREBY REQUIRING DISCOVERY
ON AMENDED INDIVIDUAL BREACH OF CONTRACT CLAIM  [DOC. 26]

      Plaintiffs James Lossia Jr. and Alexandra Plapcianu filed objections to the magistrate judge's order granting in part and denying in part defendant's motion for protective order and denying plaintiffs' cross-motion to compel discovery.  The court held a telephone conference with the parties regarding this motion on March 22, 2016.  Now, therefore, the court grants plaintiffs' objections to the magistrate judge's order.

      IT IS HEREBY ORDERED that the magistrate judge's order compelling discovery on the individual claims applies to plaintiffs' amended breach of contract claim which was filed after the magistrate judge's order was entered.

      It is so ordered.

Dated:  March 30, 2016

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 30, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk